IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

<u>IN RE</u>
Radio Shack Corporation

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>                              Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG COMPANY<br>OF AMERICA, INC.,<br><br>                              Defendants. | Civil Action No. 07-184 (JJF) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk as counsel for Plaintiff LG. Philips LCD Co., Ltd. in this action.


April 3, 2007                        THE BAYARD FIRM

                                     /s/ Richard D. Kirk (rk0922)
                                     Richard D. Kirk (rk0922)
                                     Ashley B. Stitzer (as3891)
                                     222 Delaware Avenue
                                     Suite 900
                                     Post Office Box 25130
                                     Wilmington, Delaware 19899-5130
                                     rkirk@bayardfirm.com
                                     astitzer@bayardfirm.com
                                     (302) 655-5000
                                     Counsel for Plaintiff
                                     LG.PHILIPS LCD CO., LTD.

656194-1

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

656194-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 3, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on April 3, 2007, and will be sent by hand on April 3, 2007, and were sent by email on April 3, 2007, and will be sent by first class mail on April 3, 2007, to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

571447-1