IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 07-184-JJF |
| TATUNG COMPANY; et al., | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

WHEREAS, in view of the dismissal of the related action, LG.Philips LCD Co., Ltd. v. Tatung Company, et al., C.A. No. 04-343-JJF, this action should also be dismissed;

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff LG.Philips LCD Co., Ltd. hereby dismisses this action.

February 15, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)

OF COUNSEL:
Gaspare J. Bono
Rel S. Ambrozy
Lora Brzezynski
Cass Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Plaintiff,
LG.Philips LCD Co., Ltd.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that, on February 15, 2008, copies of the foregoing document were sent by email and by hand to the above counsel and were sent by email and by U.S. Mail to the following non-registered participants:

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447-1